

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2025

No. 04-25-00023-CR

Rey Pak **TREVINO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR7659
Honorable Velia J. Meza, Judge Presiding

**ORDER**

Sitting:    Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             H. Todd McCray, Justice

In accordance with the court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

It is so **ORDERED** on April 30, 2025.

_H. Todd McCray_
H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2025.

_Caitlin A. McCamish_
Caitlin A. McCamish, Clerk of Court